**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  25-22985-CIV-SMITH**

CODY GABRIEL,

      Plaintiff,

v.

FIRSTSERVICE RESIDENTIAL
FLORIDA, INC., *et. al*.,

      Defendants.

                                     /

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court on Plaintiff Cody Gabriel's ("Plaintiff") Motion to Proceed In Forma Pauperis (the "Application") [DE 3] and upon the Report and Recommendation (the "Report") of Magistrate Judge Louis [DE 17].  In her thorough and well-reasoned Report, Judge Louis recommends that that the Application be denied, without prejudice, and that under 28 U.S.C. § 1915(e) the Complaint be dismissed with leave to amend.  No objections to the Report were filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Louis's Report and having conducted a *de novo* review of the record, agrees with Judge Louis's well-reasoned analysis and her recommendation that the

Application be denied, without prejudice, and that under 28 U.S.C. § 1915(e) the Complaint be dismissed with leave to amend.

Accordingly, it is

**ORDERED** that:

1)      The Report and Recommendation [DE 17] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)      Plaintiff's Motion to Proceed in Forma Pauperis [DE 3] is **DENIED**.

3)      Plaintiff's Complaint [DE 1] is **DISMISSED without prejudice**.

4)      Plaintiff shall file an Amended Motion to Proceed in Forma Pauperis and Complaint no later than **July 31, 2026**. Failure to comply with this Court's order may result in this case being dismissed without further notice.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 14th day of July, 2025.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:  All counsel of record